UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY MURPHY and
KENNETH MURPHY,

          NO. CIV. S-07-177 LKK/EFB

    Plaintiffs,

  v.

          O R D E R

TARGET CORPORATION and
DOES 1 to 10,

    Defendants.
_____/

    A status conference was held in chambers on April 16, 2007. After hearing, the court orders as follows:

    1.    The parties shall perform the initial disclosures by May 7, 2007.

    2.    A further status conference is set for July 30, 2007 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: April 17, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT