UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY MURPHY and
KENNETH MURPHY,

        NO. CIV. S-07-177 LKK/EFB

    Plaintiffs,

  v.

        O R D E R

TARGET CORPORATION,
and DOES 1 to 10,

    Defendants.

_____/

    The hearing currently set for July 30, 2007 is hereby CONTINUED to August 3, 2007 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: July 3, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1