UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY MURPHY and
KENNETH MURPHY,

        NO. CIV. S-07-177 LKK/EFB

    Plaintiffs,

  v.

        O R D E R

TARGET CORPORATION,
and DOES 1 to 10,

    Defendants.
_____/

    On August 3, 2007, the court held a hearing on the motion to withdraw filed by counsel for plaintiffs. Only counsel for plaintiffs appeared.

    The court orders as follows:

    1.    The motion to withdraw is GRANTED.

    2.    Counsel is ORDERED to release all client papers and property to clients within fifteen (15) days of the date of this order, including correspondences, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other items reasonably

1

1         necessary to the clients' representation, whether the
2         clients have paid for them or not, in accordance with
3         Rule 3-700(D) of the California Rules of Professional
4         Conduct.
5    3.   Counsel for plaintiffs is ORDERED to serve a copy of
6         this order on plaintiffs.
7    4.   Plaintiffs are ORDERED to inform the court within 60
8         days with their intention to proceed pro se or with
9         the name of their new counsel.  If, at the expiration
10        of 60 days, the plaintiffs have not contacted the
11        court, the court will presume that the plaintiffs wish
12        to proceed pro se and accordingly refer the matter to
13        the magistrate judge assigned to this case.
14   5.   The status conference currently set for September 4,
15        2007 at 3:30 p.m. is VACATED.
16   IT IS SO ORDERED.
17   DATED:  August 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2