1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

SHELLEY MURPHY and
10  KENNETH MURPHY,
                                        NO. CIV. S-07-177 LKK/EFB
11            Plaintiffs,

12       v.
                                           O R D E R
13  TARGET CORPORATION,
    and DOES 1 to 10,
14

15            Defendants.

16  _____/

17       On August 6, 2007, the court granted a motion to withdraw

18  filed by counsel for plaintiffs.  The court ordered the plaintiffs

19  to inform the court within 60 days of either their intention to

20  proceed pro per or with the name of their new counsel.  The court

21  also instructed that, if at the expiration of 60 days, the

22  plaintiffs had not contacted the court, the court would presume

23  that plaintiffs wish to proceed pro per and refer the matter to the

24  magistrate judge.  Sixty days have now elapsed and plaintiffs have

25  not contacted the court.

26  ////

                                       1

1          Accordingly, this matter is REFERRED to the Honorable Edmund

2   F. Brennan for all further pretrial proceedings, pursuant to L.R.

3   72-302(c)(21).

4          IT IS SO ORDERED.

5          DATED:  October 9, 2007.

6

7

8                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
9                              UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26