1  \

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  SHELLEY MURPHY and
    KENNETH MURPHY,                          Case No. Civ. S-07-0177 LKK EFB PS
11
                         Plaintiffs,
12              vs.                           ORDER TO SHOW CAUSE

13  TARGET CORPORATION,

14                       Defendant.
    _____/
15

16          This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21), on

17  October 9, 2007.  On October 10, 2007, the court ordered the parties to file either joint or

18  separate status reports no later than October 31, 2007, in anticipation of the November 14, 2007,

19  scheduling conference.  Plaintiffs have failed to comply with that order.[1]  Plaintiffs are ordered

20  to show cause, in writing, by November 14, 2007, why sanctions should not be imposed for their

21  failure to comply with court orders.  *See* Local Rule 11-110.  Plaintiffs shall also file by that date

22  their status report, originally due October 31, 2007.  Failure to timely comply with this order

23  shall result in a recommendation that this action be dismissed for lack of prosecution.

24  ////

25  _____

26          [1] Defendant timely filed its report on October 31, 2007.

                                          1

1    Pending plaintiffs' response to this order the scheduling conference calendared for

2    November 14, 2007, is vacated.  The court will re-schedule a scheduling conference as it deems

3    appropriate.

4        SO ORDERED.

5    DATED:  November 5, 2007.

6                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26