1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SHELLEY MURPHY and
     KENNETH MURPHY,                          No. CIV S-07-0177 LKK EFB PS

11
                   Plaintiffs,
12        vs.
                                              FINDINGS AND RECOMMENDATIONS
13   TARGET CORPORATION,

14             Defendant.
     _____/

15

16        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21), on

17   October 9, 2007.  On October 10, 2007, the court ordered the parties to file either joint or

18   separate status reports by October 31, 2007, in anticipation of the scheduling conference set for

19   November 14, 2007.  Defendant complied with that order, but plaintiffs did not.  Accordingly, on

20   November 5, 2007, the court ordered plaintiffs to show cause in writing, by November 14, 2007,

21   why sanctions should not issue for their failure to comply with court orders.  *See* Local Rule 11-

22   110.  The court further directed plaintiffs to file by that date the previously-ordered status report,

23   and cautioned plaintiffs that failure timely to comply with that order would result in a

24   recommendation that this action be dismissed for lack of prosecution.

25        The deadline for responding to the order to show cause and for filing the status report has

26   passed, and plaintiffs have done neither, nor have they otherwise responded this court's

                                              1

1 │ November 5, 2007, order.

2 │　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

3 │ prejudice.  *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

4 │　　　These findings and recommendations are submitted to the United States District Judge

5 │ assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after

6 │ being served with these findings and recommendations, plaintiff may file written objections with

7 │ the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

8 │ Recommendations."  Plaintiff is advised that failure to file objections within the specified time

9 │ may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455

10 │ (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

11 │ DATED:   November 27, 2007.

12 │

13 │　　　　　　EDMUND F. BRENNAN
　　　　　　　　UNITED STATES MAGISTRATE JUDGE

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │