IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY MURPHY and
KENNETH MURPHY,

        Plaintiffs,                       CIV-S-07-0177 LKK EFB PS

    vs.

TARGET CORPORATION,

        Defendant.                     ORDER

_____/

       On November 27, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

       Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1. The proposed Findings and Recommendations filed November 27, 2007, are
3  ADOPTED; and
4  2. This action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); Local
5  Rule 11-110.
6  DATED:   February 12, 2008.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```